**Dismissed; Opinion Filed April 4, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01494-CV

### DAVID RANDALL POTTS AND RICHWATER HOLDINGS, LP, Appellants
### V.
### WHOF LENDING I, LLC, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-09270**

## MEMORANDUM OPINION

Before Justices Bridges, Partida-Kipness, and Carlyle
Opinion by Justice Carlyle

Appellant's brief in this case is overdue. By postcard dated February 11, 2019, we notified appellants the time for filing their brief had expired. We directed appellants to file a brief and an extension motion within ten days. We cautioned appellants that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellants have not filed their brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  Tex. R. App. P. 38.8(a)(1); 42.3(b), (c).


/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE


181494F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DAVID RANDALL POTTS AND
RICHWATER HOLDINGS, LP,
Appellants

No. 05-18-01494-CV      V.

WHOF LENDING I, LLC, Appellee

On Appeal from the 14th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-18-09270.
Opinion delivered by Justice Carlyle.
Justices Bridges and Partida-Kipness
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee WHOF LENDING I, LLC recover its costs of this appeal from appellants DAVID RANDALL POTTS AND RICHWATER HOLDINGS, LP.

Judgment entered this 4th day of April, 2019.